UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
DIVISION
CASE NO.: 00-6032

CIV-UNGARO-BENAGES

MAGISTRATE JUDGE
BROWN

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

MARY MASON, a/k/a
MARY BAKER,

    Defendant.
_____/

COMPLAINT

The United States of America, acting herein by THOMAS E. SCOTT, United States Attorney for the Southern District of Florida, alleges as follows:

1. This action is brought by the United States of America, with jurisdiction provided by 28 U.S.C. § 1345.

2. The defendant is a resident of the Southern District of Florida.

3. The defendant is indebted to the plaintiff in the principal amount of $2625.00, plus interest on this principal amount computed at the rate of 8.00 percent per annum in the amount of $2627.78, plus interest thereafter on this principal from January 5, 2000 until the date of judgment, plus administrative fees, costs, and penalties in the amount of $.00. See Exhibit A attached hereto and incorporated herein.

4. Demand has been made upon the defendant by plaintiff for the sum due, but the amount due remains unpaid.

WHEREFORE, plaintiff prays judgment against the defendant for the total of $5252.78, plus interest at 8.00 percent per annum on the principal amount of $2625.00, from January 5, 2000 to the date of judgment, plus costs. Plaintiff further demands, pursuant to 28 U.S.C. §1961, that interest on the judgment be at the legal rate until paid in full.

Notice is hereby given to the defendant that the plaintiff intends to seek satisfaction of any judgment rendered in its favor in this action from any debt accruing.

Dated at Miami, Florida on this 6 day of January, 2000.

Respectfully submitted,

THOMAS E. SCOTT
United States Attorney

By: _____
Mary F. Dooley
Assistant U.S. Attorney
Florida Bar No. [#]A5500282
99 N.E. 4th Street,
Suite 300
Miami, FL 33132
Tel No. 305-961-9377
Fax No. 305-530-7195

U. S. DEPARTMENT OF EDUCATION
SAN FRANCISCO, CALIFORNIA

CERTIFICATE OF INDEBTEDNESS

> Mary Mason
> AKA:  Mary Baker and Mary E. Mason
> 280 N.E. 45th Ct
> Pompano Beach, FL  33064
> SSN:   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

I certify that Department of Education records show that the borrower named above is indebted to the United States in the amount stated below plus additional interest from June 7, 1999.

On or about January 9, 1990, the borrower executed promissory note(s) to secure loan(s) of $2,625.00 from Columbia Savings at 8.00 percent interest per annum.  This loan obligation was guaranteed by Nebraska Student Loan Program and then reinsured by the Department of Education under loan guaranty programs authorized under Title IV-B of the Higher Education Act of 1965, as amended, 20 U.S.C. 1071 et seq. (34 CFR. Part 682). The holder demanded payment according to the terms of the note(s), and credited $.00 to the outstanding principal owed on the loan(s).  The borrower defaulted on the obligation on May 5, 1991, and the holder filed a claim on the guarantee.

Due to this default, the guaranty agency paid a claim in the amount of $2,812.44 to the holder. The guarantor was then reimbursed for that claim payment by the Department under its reinsurance agreement.  The guarantor attempted to collect the debt from the borrower.  The guarantor was unable to collect the full amount due, and on January 22, 1998, assigned its right and title to the loan(s) to the Department.

Since assignment of the loan, the Department has received a total of $1,180.00 in payments from all sources, including Treasury Department offsets, if any.  After application of these payments, the borrower now owes the United States the following:

| | |
|---|---:|
| Principal: | $2,625.00 |
| Interest: | $2,505.81 |
| Administrative/Collection Costs: | $.00 |
| Late fees | $.00 |
| Total debt as of June 7, 1999: | $5,130.81 |

Interest accrues on the principal shown here at the rate of $.58 per day.

Pursuant to 28 U.S.C. ɜ 1746(2), I certify under penalty of perjury that the foregoing is true and correct.

Executed on: 7/15/99     Name: _____
                         Title:   Loan Analyst
                         Branch:  Litigation Branch



# NSLP Nebraska Student Loan Program Application/Promissory Note — GSL

**WARNING:** ANY PERSON WHO KNOWINGLY MAKES A FALSE STATEMENT OR MISREPRESENTATION ON THIS FORM IS SUBJECT TO PENALTIES WHICH MAY INCLUDE FINES OR IMPRISONMENT UNDER THE UNITED STATES CRIMINAL CODE AND 20 U.S.C. 1097.

## SECTION I — TO BE COMPLETED BY STUDENT BORROWER
Type or print clearly with a ballpoint pen. Read the instructions carefully.

1. Social Security Number: 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
2. Last Name: BAKER   First: MARY   M.I.: —
3. Birth Date (Mo./Day/Yr.): 9-1-71
4. Home Area Code/Telephone Number: (305) 486-3621
5. Permanent Home Address: 5304 N.W. 16 ST, #3, LAUDERHILL, FL 33311
6. U.S. Citizenship Status: (a) U.S. Citizen, National or related status [X]
7. Driver's License Number / State: —
8. State of Legal Residence: FL Since 1971
9. Have you ever defaulted on an educational loan? No
10. Requested Loan Amount: $2625
11. Intended Enrollment: Full-time [X]
12. Prior to the school year for which this loan is intended, have you ever been enrolled in any school beyond the high school level? No
13. What period do you want this loan to cover? From: 01-90 To: 06-90
14. While in School, You Intend To Live: Off Campus [X]; Address: SAME AS ABOVE; Phone: (305) 486-3621
15. Major: 10
16. Do you have any outstanding GSL, FISL, PLUS, SLS, ALAS debts? No — NONE

17. (a) Endorser: CAROLYN VANN; Address: 5304 NW 16 ST #3, LAUDERHILL, FL 33311; Phone H: 305 486 3621 W: 305 940 5001
    (b) DORTHY LOIS; Address: 104 SWAN BLVD, W PALM BEACH FL 33460; Phone H: 407 641-8438 W: 305 907 2900
    (c) NETTLY ANDREW; Address: 260 NE 38 ST #23, FT LAUD, FL 33311; W: 305 585700

### PROMISSORY NOTE FOR A NSLP GUARANTEED STUDENT LOAN

I (and any endorser) PROMISE TO PAY to you or your order when this Note becomes due as set forth in Paragraph B, a sum certain equal to the loan amount I have requested in Section I, item 10 of the application for a GSL Loan above, which is hereby incorporated by reference into this Promissory Note to the extent that it is advanced to me, plus interest as set forth in Paragraph C and any other charges which may become due as set forth in Paragraph D. All payments will be made to your address as indicated on my Disclosure Statement, or to any other address of which you notify me.

I understand that by accepting the proceeds of this loan I am agreeing to repay the sum advanced to me including guarantee and origination fees under the terms and conditions of this Promissory Note and Disclosure Statement. I further understand and agree that if the sum in the Disclosure Statement is less than the sum stated in this note that I am obligated to repay the sum stated in the Disclosure Statement.

I UNDERSTAND THAT THIS IS A PROMISSORY NOTE. I WILL NOT SIGN IT BEFORE I READ IT, INCLUDING THE WRITING ON THE REVERSE SIDE, EVEN IF OTHERWISE ADVISED. I AM ENTITLED TO KEEP AN EXACT COPY OF THIS APPLICATION AND PROMISSORY NOTE. I AM ALSO ENTITLED TO KEEP AN EXACT COPY OF THE DISCLOSURE STATEMENT TO BE ISSUED TO ME BEFORE I ACCEPT MY LOAN CHECK. BY SIGNING THIS NOTE, I ACKNOWLEDGE THAT I HAVE KEPT AN EXACT COPY OF MY APPLICATION/PROMISSORY NOTE COMPLETED THROUGH SECTION I. BY SIGNING THIS NOTE, I CERTIFY THAT I HAVE READ, UNDERSTAND, AND AGREED TO BOTH THE BORROWER CERTIFICATION ON ITS REVERSE SIDE AND THE STATEMENT OF BORROWERS RIGHTS AND RESPONSIBILITIES ON PAGE 13. (PROMISSORY NOTE CONTINUES ON REVERSE SIDE.)

18a. Signature of Borrower: Mary Baker   Date: 01-09-90
18b. Signature of Endorser: —

## SECTION II — TO BE COMPLETED BY SCHOOL

19. Name of School: ROMAR HAIRSTYLING ACADEMY
20. For School Use: ✓
21. School Code: 021541
22. Address: 1345 S STATE RD 7, N. LAUDERDALE, FL 33068
23. Area Code/Telephone Number: (305) 974-1116
24A. Loan Period: From 01-09-90 To 06-08-90
24B. Loan Period Covers: Clock Hours [✓]
25. Borrower Grade Level: Undergraduate 1 [X]
26. Dependency Status: Dependent [X]
27. Anticipated Graduation Date: 1-08-91
28. Estimated Cost of Education: $10,214
29. Estimated Financial Aid: $2050
30. Expected Family Contribution: $700.00
31. Difference: $7464.00
32. Amount School Approves: $2625.00
33. Signature of School Official: Bernard Palisch, Director   Date: 1-9-90
34. Suggested Disbursement Dates: 1. 1-9-90 $1325  2. 4-5-90 $1325

## SECTION III — TO BE COMPLETED BY LENDER

35. Name of Lender: Columbia Savings — NEBHELP LOAN SERVICING CENTER
38. Address: P.O. BOX 6984, LINCOLN, NE 68506
36. For Lender Use: COLS
37. Scheduled Disbursement Amounts and Dates: 1. $1313  1-9-90   2. $1312  4-5-90   3. —   Total: $2625
40. Signature of Authorized Lending Official: Michael Mott
41. Lender Code: 829500
42. Print or Type Name and Title: Michael Mott, Vice Pres
43. Date: 1-16-90

BORROWER: TERMS OF PROMISSORY NOTE CONTINUE ON REVERSE SIDE.
BORROWER: UPON COMPLETION SUBMIT LENDER, NSLP AND SCHOOL COPIES (AS A SET) TO THE SCHOOL.

JS 44
(Rev. 12/96)

# CIVIL COVER SHEET  00-6032

The JS-44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

## I.(a) PLAINTIFFS

UNITED STATES of AMERICA

## DEFENDANTS

CIV-UNGARO-BENAGES

MARY MASON A/K/A   MAGISTRATE JUDGE
MARY BAKER & MARY E. MASON   BROWN

(b) COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF _____
(EXCEPT IN U.S. PLAINTIFF CASES)

COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT   BROWARD
(IN U.S. PLAINTIFF CASES ONLY)

NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

Broward / 00cv6032 / Ungaro-Benages / Brown

(c) ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)
MARY F. DOOLEY, AUSA   305-961-9377
99 NE 4TH ST, MIAMI FL 33132

ATTORNEYS (IF KNOWN)

(d) CIRCLE COUNTY WHERE ACTION AROSE: DADE, MONROE, **BROWARD**, PALM BEACH, MARTIN, ST. LUCIE, INDIAN RIVER, OKEECHOBEE, HIGHLANDS

## II. BASIS OF JURISDICTION (PLACE AN "X" IN ONE BOX ONLY)

- [X] 1 U.S. Government Plaintiff
- [ ] 3 Federal Question (U.S. Government Not a Party)
- [ ] 2 U.S. Government Defendant
- [ ] 4 Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (PLACE AN "X" IN ONE BOX FOR PLAINTIFF AND ONE BOX FOR DEFENDANT) (For Diversity Cases Only)

|                                | PTF | DEF |                                                         | PTF | DEF |
|--------------------------------|-----|-----|---------------------------------------------------------|-----|-----|
| Citizen of This State          | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State       | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation                                | ☐ 6 | ☐ 6 |

## IV. ORIGIN (PLACE AN "X" IN ONE BOX ONLY)

- [X] 1 Original Proceeding
- [ ] 2 Removed from State Court
- [ ] 3 Remanded from Appellate Court
- [ ] 4 Reinstated or Reopened
- [ ] 5 Transferred from another district (specify)
- [ ] 6 Multidistrict Litigation
- [ ] 7 Appeal to District Judge from Magistrate Judgment

## V. NATURE OF SUIT (PLACE AN "X" IN ONE BOX ONLY)

| A CONTRACT | A TORTS | | FORFEITURE/PENALTY | A BANKRUPTCY | A OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | B☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 362 Personal Injury - Med Malpractice | B☐ 620 Other Food & Drug | | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | ☐ 365 Personal Injury - Product Liability | B☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 423 Withdrawal 28 USC 157 | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander | ☐ 368 Asbestos Personal Injury Product Liability | B☐ 630 Liquor Laws | **A PROPERTY RIGHTS** | B☐ 450 Commerce/ICC Rates/etc |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers Liability | | B☐ 640 R.R. & Truck | ☐ 820 Copyrights | ☐ 460 Deportation |
| ☐ 151 Medicare Act | ☐ 340 Marine | **PERSONAL PROPERTY** | B☐ 650 Airline Regs | ☐ 830 Patent | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| B[X]152 Recovery of Defaulted Student Loans (Excl. Veterans) | ☐ 345 Marine Product Liability | ☐ 370 Other Fraud | B☐ 660 Occupational Safety/Health | ☐ 840 Trademark | ☐ 810 Selective Service |
| B☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 350 Motor Vehicle | ☐ 371 Truth in Lending | B☐ 690 Other | | ☐ 850 Securities/Commodities/ Exchange |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle Product Liability | ☐ 380 Other Personal Property Damage | **A LABOR** | **B SOCIAL SECURITY** | ☐ 875 Customer Challenge 12 USC 3410 |
| ☐ 190 Other Contract | ☐ 360 Other Personal Injury | ☐ 385 Property Damage Product Liability | ☐ 710 Fair Labor Standards Act | ☐ 861 HIA (1395ff) | ☐ 891 Agricultural Acts |
| ☐ 195 Contract Product Liability | | | ☐ 720 Labor/Mgmt Relations | ☐ 862 Black Lung (923) | ☐ 892 Economic Stabilization Act |
| **A REAL PROPERTY** | **A CIVIL RIGHTS** | **PRISONER PETITIONS** | ☐ 730 Labor/Mgmt Reporting & Disclosure Act | ☐ 863 DIWC/DIWW (405(g)) | ☐ 893 Environmental Matters |
| ☐ 210 Land Condemnation | ☐ 441 Voting | B☐ 510 Motions to Vacate Sentence | ☐ 740 Railway Labor Act | ☐ 864 SSID Title XVI | ☐ 894 Energy Allocation Act |
| B☐ 220 Foreclosure | ☐ 442 Employment | **HABEAS CORPUS:** | | ☐ 865 RSI (405(g)) | ☐ 895 Freedom of Information Act |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/ Accommodations | B☐ 530 General | ☐ 790 Other Labor Litigation | **FEDERAL TAX SUITS** | ☐ 900 Appeal of Fee Determination Under Equal Access to Justice |
| ☐ 240 Torts to Land | ☐ 444 Welfare | A☐ 535 Death Penalty | | A☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 950 Constitutionality of State Statutes |
| ☐ 245 Tort Product Liability | ☐ 440 Other Civil Rights | B☐ 540 Mandamus & Other | A☐ 791 Empl. Ret. Inc. Security Act | A☐ 871 IRS – Third Party 26 USC 7609 | ☐ 890 Other Statutory Actions A OR B |
| ☐ 290 All Other Real Property | | B☐ 550 Civil Rights | | | |
| | | B☐ 555 Prison Condition | | | |

## VI. CAUSE OF ACTION (CITE THE U.S. CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE BRIEF STATEMENT OF CAUSE. DO NOT CITE JURISDICTIONAL STATUTES UNLESS DIVERSITY)

RECOVERY OF FUNDS EXPENDED BY PLAINTIFF AS GUARANTOR OF A DEFAULTED FEDERALLY INSURED STUDENT LOAN. 34 CFR 682.100(4)(d)

LENGTH OF TRIAL
via ___ days estimated (for both sides to try entire case)

## VII. REQUESTED IN COMPLAINT:

CHECK IF THIS IS A CLASS ACTION
☐ UNDER F.R.C.P. 23

DEMAND $ 5,252.78
plus interest & costs

CHECK YES only if demanded in complaint:
JURY DEMAND:   ☐ YES   [X] NO

## VIII. RELATED CASE(S) IF ANY (See instructions):

JUDGE _____   DOCKET NUMBER _____

DATE   1/6/00

SIGNATURE OF ATTORNEY OF RECORD   [signature]

MARY F. DOOLEY, AUSA

**FOR OFFICE USE ONLY**

RECEIPT # ____   AMOUNT ____   APPLYING IFP ____   JUDGE ____   MAG. JUDGE ____