UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 00-06032-CIV-UNGARO

UNITED STATES OF AMERICA,

        Plaintiff,

v.

MARY MASON

        Defendant.
_____/

### RELEASE OF LIEN

The judgment entered in favor of the United States of America, in the above-entitled case having been discharged by the Department of Education, the Clerk of the United States District Court for the Southern District of Florida is authorized and empowered to satisfy and cancel said judgment of record. Said judgment was duly recorded on January 24, 2000, in the Public Records of Dade County, Florida in Official Records Book 33271, Page 1170.

Rec'd in MIA DKT 2/27

RELEASE OF LIEN
U.S. v. MARY MASON
CASE NO.  99-06032-CIV-UNGARO

Witness my hand and seal this
____ day of February __, A.D. 2006

Signed, Sealed and Delivered in
Presence of:

_____
Sylvia Acosta

_____
Maryet Moxie-Stinson

R. ALEXANDER ACOSTA
UNITED STATES ATTORNEY

By: _____
Aloyma M. Sanchez
Assistant United States Attorney
Florida Bar No.  0717509
99 N.E. 4th Street, Room 300
Miami, FL 33132
Tel No.(305) 961-9204
Fax No.(305) 530-7195

STATE OF FLORIDA,
COUNTY OF DADE,

    I HEREBY CERTIFY that on this day, before me, an officer duly authorized in the State aforesaid and in the County aforesaid, to take acknowledgments, personally appeared Aloyma M. Sanchez, Assistant U.S. Attorney to me known to be the person described in and who executed the foregoing instrument and she acknowledged before me that she executed the same.

    WITNESS my hand and official seal in the County and State last aforesaid this _13_ day of _February_, A.D. 2006.

_____
Colleen A. Perez
NOTARY PUBLIC, State of Florida

[X] PERSONALLY KNOWN TO ME and
[X] DID NOT take an oath

Colleen A. Perez
...147874 EXPIRES
September ... 2006
BONDED THRU TROY FAIN INSURANCE, INC

2